

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00043-CV

**JLG TRUCKING LLC**,
Appellant

v.

Lauren R. **GARZA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7459
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Lauren R. Garza, recover her costs of this appeal from appellant, JLG Trucking, LLC.

SIGNED October 9, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice